Adam P. Segal, Esq.
Nevada Bar No. 6120
Bryce C. Loveland, Esq.
Nevada Bar No. 10132
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone:     (702) 382-2101
Facsimile:      (702) 382-8135
Email: asegal@bhfs.com
Email: bcloveland@bhfs.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TRUSTEES OF THE NEVADA RESORT ASSOCIATION-INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA LOCAL 720 PENSION TRUST; TRUSTEES OF THE NEVADA RESORT ASSOCIATION-INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA LOCAL 720 WAGE DISABILITY TRUST; and TRUSTEES OF THE NEVADA RESORT ASSOCIATION-INTERNATIONAL ALLIANCE OF THEATRICAL STAGE EMPLOYEES AND MOVING PICTURE MACHINE OPERATORS OF THE UNITED STATES AND CANADA LOCAL 720 APPRENTICE AND JOURNEYMAN TRAINING AND EDUCATION TRUST,<br><br>                              Plaintiffs,<br>vs.<br><br>BUENA VISTA THEATRICAL GROUP LTD., a New York Corporation; DISNEY THEATRICAL PRODUCTIONS LTD., a New York Corporation; DISNEY WORLDWIDE SERVICES, INC., a Florida Corporation,<br><br>                              Defendants. | Case No.: 2:11-cv-02034-GMN-CWH<br><br><br><br><br><br>**MOTION AND ORDER OF DISMISSAL WITH PREJUDICE** |

020038\0023\10519234.2                                    1

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106
(702) 382-2101

Plaintiffs, Trustees of the Nevada Resort Association-International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators of the United States and Canada Local 720 Pension Trust, Trustees of the Nevada Resort Association-International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators of the United States and Canada Local 720 Wage Disability Trust, and Trustees of the Nevada Resort Association-International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators of the United States and Canada Local 720 Apprentice and Journeyman Training and Education Trust (collectively referred to as "Trust Funds") hereby confirm that the previous stipulation to dismiss entered by this Court on November 30, 2012, (ECF No. 34) was intended to terminate this action. Accordingly, pursuant to the previous stipulation and order and Federal Rule of Civil Procedure 41(a)(2), the Trust Funds respectfully request that the Court terminate this action.

BROWNSTEIN HYATT FARBER
SCHRECK, LLP

/s/ Bryce C. Loveland
Adam P. Segal, Esq.
Bryce C. Loveland, Esq.
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
*Attorneys for Plaintiffs*

Dated: July 11, 2013.

**ORDER**

**IT IS SO ORDERED.**

_____
Gloria M. Navarro
United States District Judge

**DATED: 09/24/2013**

020038\0023\10519234.2     2